# UNITED STATES COURT OF APPEALS
## SECOND CIRCUIT

CHAMBERS OF
### ROGER J. MINER
CIRCUIT JUDGE
UNITED STATES COURTHOUSE
445 BROADWAY, SUITE 414
ALBANY, NY 12207

June 27, 2008

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.   20544

Attn:  Hon. Ortrie D. Smith, Chair

Dear Judge Smith:

    Responding to your letter of June 24, 2008, this is to
advise that the items to which you refer, "T.E. Securities Trust
Series #19," "Municipal Bond Fund Series #37," and "McDonald
Investments Victory Prime," were inadvertently omitted from my
Financial Disclosure Report for 2007.

    All three items were disposed of (sell) as part of one
transaction on January 16, 2007.   In Column D, the value code for
each item is "J," and the gain code for each item is "A."

    I trust that this is the information you require.

Yours very truly,

RJM/sjh

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miner, Roger J | U.S. Court of Appeals | 04/21/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>445 Broadway, Room 414<br>Albany, NY 12207 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/07 | N.Y.S. Employees' Retirement System - Pension | $ 17,016.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 04/21/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alltel Corp. | A | Dividend | | | Sell | 01/14 | J | A | |
| 2. American Electric Power Co. | A | Dividend | J | T | | | | | |
| 3. AT&T Inc. | D | Dividend | N | T | | | | | |
| 4. Bank of America | D | Dividend | M | T | | | | | |
| 5. CH Energy Group, Inc. | A | Dividend | K | T | | | | | |
| 6. Comcast | | None | K | T | | | | | |
| 7. Embarq Corporation (Spinoff from Sprint Nextel) | A | Dividend | J | T | | | | | |
| 8. Exxon Mobil Corp. | D | Dividend | O | T | | | | | |
| 9. First Energy | B | Dividend | L | T | | | | | |
| 10. Fort Dearborn Income Securities | A | Dividend | J | T | | | | | |
| 11. Gencorp Inc. | | None | J | T | | | | | |
| 12. (The) Hartford Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 13. Hess Corp. (formerly Amerada Hess Corp.) | A | Dividend | K | T | | | | | |
| 14. Host Hotels and Resorts (Spinoff from Starwood Corporation) | A | Dividend | J | T | | | | | |
| 15. I.B.M. | A | Dividend | L | T | | | | | |
| 16. Idearc (Spinoff from Verizon Communications) | A | Dividend | J | T | | | | | |
| 17. ITT Corp. (formerly I.T.T. Industries, Inc. ) | A | Dividend | K | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Key Corp. | D | Dividend | M | T | | | | | |
| 19. MetLife | A | Dividend | J | T | | | | | |
| 20. National Grid Group | A | Dividend | K | T | | | | | |
| 21. NCR | | None | J | T | | | | | |
| 22. Omnova Solutions, Inc. | | None | J | T | | | | | |
| 23. P.S.E.G. Inc. | A | Dividend | K | T | | | | | |
| 24. Qwest Comm. International Inc. | | None | J | T | | | | | |
| 25. Rayonier | A | Dividend | K | T | | | | | |
| 26. Ryerson Tull | A | Dividend | | | Sell | 11/30 | J | A | |
| 27. Southern Co. (The) | B | Dividend | K | T | | | | | |
| 28. Sprint-Nextel | A | Dividend | K | T | | | | | |
| 29. SPX Corp. | A | Dividend | L | T | | | | | |
| 30. Starwood Hotels & Resorts | A | Dividend | J | T | | | | | |
| 31. Teradata Corp. (Spinoff from NCR) | | None | J | T | Spinoff | 10/05 | | | |
| 32. TXU | | None | | | Sell | 10/24 | K | E | |
| 33. Verizon Communications | D | Dividend | M | T | | | | | |
| 34. Vodafone Airtouch PLC | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Windstream (Spinoff from Alltel Corp.) | A | Dividend | J | T | | | | | |
| 36. Alliance Capital A -Growth & Income Fund | D | Dividend | L | T | | | | | |
| 37. Black Rock Large Cap. Equity Fund (form. Black Rock Inv. Tr) | C | Dividend | L | T | | | | | |
| 38. Century Shares Trust | D | Dividend | K | T | | | | | |
| 39. Dreyfus Fund (KEOGH PLAN) | E | Dividend | N | T | | | | | |
| 40. Legg-Mason (form. Salomon Bros.) | D | Dividend | M | T | | | | | |
| 41. Midas Spec. Equities Fund | | None | J | T | | | | | |
| 42. Neuberger-Berman Manhattan Fund | | None | K | T | | | | | |
| 43. Oppenheimer Bond Fund Class A | A | Dividend | J | T | | | | | |
| 44. River Source (RVS Balanced Fund) | A | Dividend | K | T | | | | | |
| 45. Robeco Fund (formerly Weiss Peck Greer-WPG Fund, Inc.) | D | Dividend | K | T | | | | | |
| 46. Franklin New York Tax Free A Income Fund | C | Interest | L | T | | | | | |
| 47. Oppenheimer-Rochester Fund Municipals | A | Interest | K | T | | | | | |
| 48. Key Bank, N.A. (various accounts, including IRAs) | C | Interest | M | T | | | | | |
| 49. U.S. Savings Bonds | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | 1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Capital gains distributions are included with ordinary dividends and reported as "Dividend" in Part VII Column B ("Income during reporting period") for the following mutual fund items:
36, 37, 38, 39,40, 43, 44 and 45.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Miner, Roger J | 04/21/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544